Richardean HENIGHAN, Appellant,

v.

UNITED STATES, Appellee.

No. 80–169.

District of Columbia Court of Appeals.
Aug. 4, 1981.

William J. Mertens, Public Defender Service, Washington, D.C., for appellant.

John A. Terry, Asst. U.S. Atty., Washington, D.C., for appellee.

Before NEWMAN, Chief Judge, and KELLY, KERN, NEBEKER, HARRIS, MACK, FERREN, PRYOR and BELSON, Associate Judges.

### ORDER

PER CURIAM.

On consideration of appellant's petition for rehearing and suggestion for rehearing en banc and of appellee's opposition filed with respect thereto, and it appearing that the majority of the judges of this Court has voted to grant appellant's petition for rehearing en banc, it is

ORDERED that appellant's aforesaid petition is granted and that this Court's June 10, 1981, opinions and judgment are hereby vacated. It is

FURTHER ORDERED that the Clerk shall cause this matter to be scheduled for argument before the Court sitting en banc as soon as the business of the Court permits. Counsel are hereby directed to provide ten copies of the briefs heretofore filed to the Clerk on or before Monday, August 31, 1981.

Richardean HENIGHAN, Appellant,

v.

UNITED STATES, Appellee.

No. 80–169.

District of Columbia Court of Appeals.
Oct. 19, 1981.

William J. Mertens, Public Defender Service, Washington, D.C., for appellant.

John A. Terry, Asst. U.S. Atty., Washington, D.C., for appellee.

Before NEWMAN, Chief Judge, and KELLY, KERN, NEBEKER, HARRIS [*], MACK, FERREN, PRYOR and BELSON, Associate Judges.

### JUDGMENT

The above-entitled case came on for consideration before the Court sitting en banc and was argued by counsel. On consideration whereof and of the record on appeal, it is

ORDERED and ADJUDGED that the judgment of conviction is hereby affirmed by an equally divided vote.